**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Cresland Mortgage, Co., LLC, | Civil No. 06-1109 (RHK-AJB) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Selective Insurance Company of America, | |
| Defendant. | |

---

Based upon the STIPULATION, **IT IS HEREBY ORDERED** that Plaintiff's Complaint in the above-entitled action be and hereby is **DISMISSED WITH PREJUDICE** against Defendant Selective Insurance Group of America without further costs, disbursements or attorneys' fees to any party.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

Dated: July 28, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge